FRANK WEST, Respondent, *v.* HARLAN & HOLLINGSWORTH CORPORA-
TION, Appellant, Impleaded with WILLIAM J. BURNS NATIONAL
DETECTIVE AGENCY, INC.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 6th day of June, 1914, denying a motion to set
aside the service of the summons and complaint.

PER CURIAM: The order appealed from is reversed, with ten dollars
costs and disbursements, and the motion granted, with ten dollars costs,

upon the ground that it does not appear that the defendant corporation had property within this State. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it does not appear that the defendant corporation had property within this State.